GERTRUDE HARTMAN, Appellant, v. MORITZ HARTMAN, Respondent.—

Since the judgment was on the merits and not a nonsuit, a decision

stating the facts which the trial court deemed essential was required. (*Mario* v. *De Oteris*, 275 App. Div. 790; *Goldberg* v. *Bruns, Kimball & Co.*, 276 App. Div. 862.) Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.